**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6814**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIE LEE BURKE,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge.
(CR-91-119, CA-97-498-K)

---

Submitted: November 20, 1997      Decided: December 10, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Willie Lee Burke, Appellant Pro Se. Jan Paul Miller, OFFICE OF THE
UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal from the district court's orders dismissing for failure to obtain authorization pursuant to 28 U.S.C.A. § 2244 (West Supp. 1997), his second motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Burke, Nos. CR-91-119; CA-97-498-K (D. Md. Apr. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED